IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>ALEXANDER GUZMAN-DEL-VALLE<br>Defendant | CRIMINAL 05-0047CCC |

**ORDER**

Having considered the Report and Recommendation filed on May 27, 2005 **(docket entry 39)** on a Rule 11 proceeding of defendant Alexander Guzmán-del-Valle held before Magistrate Judge Justo Arenas on May 27, 2005, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Alexander Guzmán-del-Valle is accepted. The Court FINDS that his/her plea was voluntary and intelligently entered with awareness of his/her rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since May 27, 2005. The **sentencing hearing is set for August 24, 2005 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on May 31, 2005.

S/CARMEN CONSUELO CEREZO
United States District Judge